**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 6:07-CR-5-ORL-19JGG

KRISTO IVANOV

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 20, filed February 2, 2007) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 20) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Kristo Ivanov has entered a plea of guilty to Count One and Two of the Information knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One and Two of the Information.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 3, filed January 22, 2007) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   5th   day of February, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy